WAXELBAUM & SON *et al. v.* MATHEWS *et al.*

SIMMONS, C. J.—Under the facts disclosed by the record, there was no abuse of discretion in denying the motion to postpone the hearing, nor in passing the order complained of.

April 29, 1895. Brought forward from the last term. *Judgment affirmed.*

Petition for injunction and receiver. Before Judge GRIGGS. Randolph county. November 14, 1894.

HARDEMAN, DAVIS & TURNER and HOOD & MOYE, for plaintiffs.
W. C. WORRILL and W. D. KIDDOO, for defendants.

---

SHEFFIELD & COMPANY *et al. v.* PARKER *et al.*

ATKINSON, J.—Under the pleadings and evidence, as disclosed by the record, there was no abuse of discretion in refusing to grant an injunction and appoint a receiver, as prayed for.

May 13, 1895. Brought forward from the last term. *Judgment affirmed.*

Petition for injunction and receiver. Before Judge FISH. Sumter county. June 13, 1894.

FORT & WATSON, CUTTS & HIXON and W. P. WALLIS, for plaintiffs. E. C. SPEER, ANSLEY & ANSLEY and L. J. BLALOCK, for defendants.